UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SPRINT SOLUTIONS, INC. and SPRINT COMMUNICATIONS COMPANY L.P., | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | NO. 3:14-CV-4124-M (BF) |
| JOSEPH TAYLOR III, JULIE M. ROBERTS, TONY E. MIMS, BERNARD McGHEE and LATOYA S. TAYLOR, | § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated June 12, 2015. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Bernard McGhee's answer (Doc. 17) is hereby stricken from the record as a sanction under Fed. R. Civ. P. 16(f) for McGhee's failure to participate in a scheduling conference, appear at a status conference, and respond to a show cause order, without justification or excuse. Plaintiffs may move for clerk's entry of default and a default judgment against McGhee, as appropriate.

**SO ORDERED** this 6th day of July, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

**NORTHERN DISTRICT OF TEXAS**