IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SPRINT SOLUTIONS, INC. and SPRINT COMMUNICATIONS COMPANY L.P., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:14-CV-4124-M-BF |
| JOSEPH TAYLOR III, JULIE M. ROBERTS, TONY E. MIMS, BERNARD MCGHEE, and LATOYA S. TAYLOR, | § § § § § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Default Final Judgment and Permanent Injunction and Awarding Damages Against Defendants Joseph Taylor III, Julie M. Roberts, Tony E. Mims, and Bernard McGhee [D.E. 43] is **GRANTED in part**.

**SO ORDERED**, February 4, 2016.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS